IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. 3:25-cr-115 |
| JUSTIN RAYMOND BEAR RUNNER | Violation: 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury Charges:

On or about March 13, 2025, in the District of North Dakota,

JUSTIN RAYMOND BEAR RUNNER,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Assault Resulting in Serious Bodily Injury, a Class C felony, in violation of 18 U.S.C. §§ 113(a)(6) and 1153, in United States District Court for the District of North Dakota, Case Number 3:16-cr-160, judgment imposed on February 23, 2017; and

2. Assault with a Dangerous Weapon, a Class C felony, in violation of 18 U.S.C. §§ 113(a)(3) and 1153, in United States District Court for the District of North Dakota, Case Number 3:16-cr-160, judgment imposed on February 23, 2017;

did knowingly possess in and affecting commerce a firearm and ammunition, that is:

1. Colt, Detective Special, .38 Special caliber revolver, Serial Number 886494;

2. 30 rounds of Fiocchi .38 Special caliber ammunition; and

3. 45 rounds of Armscor .38 Special caliber ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

JUSTIN RAYMOND BEAR RUNNER

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

1. Colt, Detective Special, .38 Special caliber revolver, Serial Number 886494;
2. 30 rounds of Fiocchi .38 Special caliber ammunition; and
3. 45 rounds of Armscor .38 Special caliber ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JTR/ak