AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 MAY 15 AM 11:59

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Justin Raymond Bear Runner | ) Case No. | 3:25-cr-115 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Justin Raymond BEAR RUNNER
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm and Ammunition by a Convicted Felon
Aiding and Abetting
Forfeiture Notice

Date:     05/15/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:     Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-14-25, and the person was arrested on *(date)* 6-5-25
at *(city and state)* Yankton, SD

Date: 6-5-25

Arresting officer's signature

Thomas P Basher  Special Agent
*Printed name and title*